**HERCULES INCORPORATED,**
Petitioner,

v.

**AUDITING DIVISION OF THE UTAH STATE TAX COMMISSION,**
Respondent.

**AMOCO ROCMOUNT COMPANY,**
Petitioner and Cross–Respondent on Review,

v.

**The PROPERTY TAX DIVISION OF the UTAH STATE TAX COMMISSION and the Utah State Tax Commission, Respondent on Review,**

and

**Summit County, Intervenor, Respondent, and Cross–Petitioner on Review.**

**The SOUTHLAND CORPORATION,**
Petitioner,

v.

**The AUDITING DIVISION OF the UTAH STATE TAX COMMISSION and the Utah State Tax Commission, Respondent.**

Nos. 960449, 90–1521, 960450 & 96–456, 93–0958, 96–457 and 93–0004.

Supreme Court of Utah.

Oct. 7, 1997.

### ORDER

This court's decision in *Evans & Sutherland Computer Corp. v. Utah State Tax Commission,* 953 P.2d 435 (1998), affects the following three appeals currently pending before this court:

*Summit County v. Utah State Tax Comm'n,* Consolidated Case No. 960450

*Hercules, Inc. v. Utah State Tax Comm'n,* Case No. 960449

*The Southland Corp. v. Utah State Tax Comm'n,* Case No. 960457

Each of these are appeals of Tax Commission decisions in which this court has issued stays pending resolution of *Evans & Sutherland.* Those stays are hereby lifted and the parties are instructed to proceed to process their appeals in the ordinary course.